■ In the Matter of KEITH DOZIER, Petitioner, v PLUMMER LOTT, as Justice of the Supreme Court of the State of New York, et al., Respondents. [722 NYS2d 744] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia*, to prohibit the respondent Plummer Lott, a Justice of the Supreme Court, Kings County, from imposing sentence upon the petitioner in an underlying criminal matter entitled *People v Dozier,* pending in the Supreme Court, Kings County, under Indictment No. 2461/00.

Application by the respondent Plummer Lott to dismiss the proceeding.

Ordered that the application is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Ritter, J. P., Krausman, H. Miller and Smith, JJ., concur.